**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:14-BK-03810-PMG |
| | § | |
| ELIZABETH H. OSBORNE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/04/2014. The undersigned trustee was appointed on 08/04/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,200.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $5.44 |
    | Bank service fees | $19.08 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,175.48 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/01/2015 and the deadline for filing government claims was 01/31/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $800.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $800.00, for a total compensation of $800.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $55.28, for total expenses of $55.28.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2015     By:  /s/ Robert Altman
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 14-03810-PMG | Trustee Name: | Robert Altman |
| --- | --- | --- | --- |
| Case Name: | OSBORNE, ELIZABETH H. | Date Filed (f) or Converted (c): | 08/04/2014 (f) |
| For the Period Ending: | 2/12/2015 | §341(a) Meeting Date: | 09/12/2014 |
| | | Claims Bar Date: | 01/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | primary residence at 1949 Sussex Dr., N, Orange Park, Florida | $125,000.00 | $0.00 | | $0.00 | FA |
| 2 | cash | $25.00 | $0.00 | | $0.00 | FA |
| 3 | Vystar checking | $527.00 | $527.00 | | $527.00 | FA |
| 4 | living room, sofa, love seat, TV, large table, 2 end tables | $300.00 | $250.00 | | $250.00 | FA |
| 5 | dining room - table, 6 chairs, china cabinet | $150.00 | $0.00 | | $0.00 | FA |
| 6 | bedroom 1 - bed, dresser chest, 2 night stands | $100.00 | $0.00 | | $0.00 | FA |
| 7 | bedroom 2 - day bed, M&M knicknacks | $150.00 | $0.00 | | $0.00 | FA |
| 8 | bedroom 3 - bed | $50.00 | $0.00 | | $0.00 | FA |
| 9 | kitchen - dishes, microwave, pots & pans | $50.00 | $0.00 | | $0.00 | FA |
| 10 | den - sofa, love seat, 2 end tables, 2 bookcases | $100.00 | $0.00 | | $0.00 | FA |
| 11 | washer & dryer | $350.00 | $280.00 | | $280.00 | FA |
| 12 | wearing apparel | $100.00 | $80.00 | | $80.00 | FA |
| 13 | wedding band set | $375.00 | $0.00 | | $0.00 | FA |
| 14 | Horace Mann Life Insurance Company | $1,241.39 | $0.00 | | $0.00 | FA |
| 15 | Horace Mann Life Annuity 3699 | $1,859.29 | $0.00 | | $0.00 | FA |
| 16 | 2004 Mazda B | $2,500.00 | $2,063.00 | | $2,063.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                      **Gross Value of Remaining Assets**

$132,877.68        $3,200.00                $3,200.00        $0.00

**Major Activities affecting case closing:**

Order Granting Motion to Compel Debtor to Turnover Property to the Trustee signed November 13, 2014.  The Order provides that in lieu of Turnover of the remaining non-exempt property, the Debtor shall purchase the property listed below for the total sum of $3,200.00.  Payment shall be made in a one-time lump sum on or before November 1, 2014: VyStar Credit Union checking account xxx9508; Living Room - sofa, love seat, TV, large table, 2 end tables; washer & dryer; wearing apparel; 2004 Mazda 6.

Notice of Intent to Sell Property of the Estate to Debtor filed September 29, 2014.  The notice provides for the sale of the estate's equity interest in personalty including a vehicle to Debtor for $3,200.00 to be paid in a lump sum on or before November 1, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 14-03810-PMG | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | OSBORNE, ELIZABETH H. | Date Filed (f) or Converted (c): | 08/04/2014 (f) |
| For the Period Ending: | 2/12/2015 | §341(a) Meeting Date: | 09/12/2014 |
| | | Claims Bar Date: | 01/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Trustee's Motion to Compel Debtor to Turnover Property to the Trustee filed September 19, 2014 regarding VyStar Credit Union checking account xxx9508; Living Room - sofa, love seat, TV, large table, 2 end tables; washer & dryer; wearing apparel; 2004 Mazda6; VyStar Credit Union statements for checking account ending in 9508 from May 4, 2014 through and including August 4, 2014; federal income tax returns for year 2013 and 2014, including non-exempt prorated portion of tax refund for 2014, if any.

| Initial Projected Date Of Final Report (TFR): | 02/17/2015 | Current Projected Date Of Final Report (TFR): | 02/15/2015 | /s/ ROBERT ALTMAN |
|---|---|---|---|---|
| | | | | ROBERT ALTMAN |

Page No: 1    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 14-03810-PMG |
| **Case Name:** | OSBORNE, ELIZABETH H. |
| **Primary Taxpayer ID #:** | **-***5134 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/4/2014 |
| **For Period Ending:** | 2/12/2015 |

| | |
|---|---|
| **Trustee Name:** | Robert Altman |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $32,583,498.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2014 | | Elizabeth H. Osborne | Notice of Intent to Sell Property of the Estate to Debtor filed September 29, 2014 | * | $3,200.00 | | $3,200.00 |
| | {3} | | $527.00 | 1129-000 | | | $3,200.00 |
| | {4} | | $250.00 | 1129-000 | | | $3,200.00 |
| | {11} | | $280.00 | 1129-000 | | | $3,200.00 |
| | {12} | | $80.00 | 1129-000 | | | $3,200.00 |
| | {16} | | $2,063.00 | 1129-000 | | | $3,200.00 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.99 | $3,196.01 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.65 | $3,191.36 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.14 | $3,186.22 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.30 | $3,180.92 |
| 02/02/2015 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $5.44 | $3,175.48 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $3,200.00 | $24.52 | $3,175.48 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $3,200.00 | $24.52 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $3,200.00 | $24.52 | |

**For the period of 8/4/2014 to 2/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/09/2014 to 2/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 14-03810-PMG | | **Trustee Name:** | Robert Altman |
| **Case Name:** | OSBORNE, ELIZABETH H. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***5134 | | **Checking Acct #:** | ******1001 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/4/2014 | | **Blanket bond (per case limit):** | $32,583,498.00 |
| **For Period Ending:** | 2/12/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,200.00 | $24.52 | $3,175.48 |

For the period of **8/4/2014** to **2/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between **08/04/2014** to **2/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

| Case No. | 14-03810-PMG | | Trustee Name: | Robert Altman |
|---|---|---|---|---|
| Case Name: | OSBORNE, ELIZABETH H. | | Date: | 2/12/2015 |
| Claims Bar Date: | 01/01/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT ALTMAN  P. O. Box 922  Palatka FL 32178-0922 | 02/03/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 | $800.00 |
| | ROBERT ALTMAN  P. O. Box 922  Palatka FL 32178-0922 | 01/27/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $55.28 | $55.28 | $0.00 | $0.00 | $0.00 | $55.28 |
| 1 | NAVIENT SOLUTIONS INC.  PO Box9640  Wilkes-Barre PA 18773-9640 | 10/08/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,255.63 | $3,255.63 | $0.00 | $0.00 | $0.00 | $3,255.63 |
| 2 | INTERNAL REVENUE SERVICE  PO Box 7346  Philadelphia PA 19101-7346 | 10/16/2014 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $17,336.92 | $17,336.92 | $0.00 | $0.00 | $0.00 | $17,336.92 |
| 2a | INTERNAL REVENUE SERVICE  PO Box 7346  Philadelphia PA 19101-7346 | 10/16/2014 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $6,711.34 | $6,711.34 | $0.00 | $0.00 | $0.00 | $6,711.34 |
| 2b | INTERNAL REVENUE SERVICE  PO Box 7346  Philadelphia PA 19101-7346 | 10/16/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,516.23 | $2,323.93 | $0.00 | $0.00 | $0.00 | $2,323.93 |
| 2c | INTERNAL REVENUE SERVICE  PO Box 7346  Philadelphia PA 19101 | 01/27/2015 | Subordinated General Unsecured (Equitably or consensually subordinated) | Allowed | 7400-000 | $0.00 | $3,192.30 | $3,192.30 | $0.00 | $0.00 | $0.00 | $3,192.30 |
| 3 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 10/24/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,572.74 | $2,572.74 | $0.00 | $0.00 | $0.00 | $2,572.74 |

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| Case No. | 14-03810-PMG | | Trustee Name: | Robert Altman |
| Case Name: | OSBORNE, ELIZABETH H. | | Date: | 2/12/2015 |
| Claims Bar Date: | 01/01/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE, N.A.<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 12/05/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,038.36 | $1,038.36 | $0.00 | $0.00 | $0.00 | $1,038.36 |

**Claim Notes:** (4-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CERASTES, LLC<br><br>c/o Weinstein, Pinson, And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle WA 98121 | 12/08/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,567.08 | $1,567.08 | $0.00 | $0.00 | $0.00 | $1,567.08 |
| 6 | CAVALRY SPV I, LLC<br><br>Bass & Associates, P.C.<br>3936 E. Fort Lowell Road, Suite #200<br>Tucson AZ 85712 | 12/30/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,392.59 | $20,392.59 | $0.00 | $0.00 | $0.00 | $20,392.59 |
| | | | | | | | $62,438.47 | $59,246.17 | $0.00 | $0.00 | $0.00 | $59,246.17 |

**CLAIM ANALYSIS REPORT**

Page No: 3     Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-03810-PMG | |
| **Case Name:** | OSBORNE, ELIZABETH H. | |
| **Claims Bar Date:** | 01/01/2015 | |

| | |
|---|---|
| **Trustee Name:** | Robert Altman |
| **Date:** | 2/12/2015 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $6,711.34 | $6,711.34 | $0.00 | $0.00 | $0.00 | $6,711.34 |
| General Unsecured § 726(a)(2) | $34,342.63 | $31,150.33 | $0.00 | $0.00 | $0.00 | $31,150.33 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $17,336.92 | $17,336.92 | $0.00 | $0.00 | $0.00 | $17,336.92 |
| Subordinated General Unsecured (Equitably or consensually subordinated) | $3,192.30 | $3,192.30 | $0.00 | $0.00 | $0.00 | $3,192.30 |
| Trustee Compensation | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 | $800.00 |
| Trustee Expenses | $55.28 | $55.28 | $0.00 | $0.00 | $0.00 | $55.28 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     3:14-BK-03810-PMG
Case Name:    ELIZABETH H. OSBORNE
Trustee Name: Robert Altman

Balance on hand:     $3,175.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Internal Revenue Service | $17,336.92 | $17,336.92 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,175.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Robert Altman, Trustee Fees | $800.00 | $0.00 | $800.00 |
| Robert Altman, Trustee Expenses | $55.28 | $0.00 | $55.28 |

Total to be paid for chapter 7 administrative expenses:     $855.28
Remaining balance:     $2,320.20

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $2,320.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,711.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | Internal Revenue Service | $6,711.34 | $0.00 | $2,320.20 |

Total to be paid to priority claims:     $2,320.20
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,150.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Navient Solutions Inc. | $3,255.63 | $0.00 | $0.00 |
| 2b | Internal Revenue Service | $2,323.93 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $2,572.74 | $0.00 | $0.00 |
| 4 | Capital One, N.A. | $1,038.36 | $0.00 | $0.00 |
| 5 | Cerastes, LLC | $1,567.08 | $0.00 | $0.00 |
| 6 | Cavalry Spv I, LLC | $20,392.59 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $3,192.30 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2c | Internal Revenue Service | $3,192.30 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**